NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-479

RONNIE CEASAR
VERSUS
ST. LANDRY HOMESTEAD FEDERAL SAVINGS BANK, ET AL.

************

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT,
PARISH OF ST. LANDRY, NO. 04-C-0928-A,
HONORABLE JAMES T. GENOVESE, DISTRICT JUDGE

************

JOHN D. SAUNDERS
JUDGE

************

Court composed of, John D. Saunders, Elizabeth A. Pickett, and Billy H. Ezell, Judges.

MOTION DENIED.

Ronnie Ceasar
In Proper Person
Post Office Box 1396
Opelousas, LA 70571
(337) 945-8250
COUNSEL FOR PLAINTIFF/APPELLANT:
        Ronnie Ceasar

Harold Fontenot
St. Landry Homestead Federal
P. O. Box 1909
Opelousas, LA 70571-1909
(337) 948-3033
COUNSEL FOR DEFENDANT/APPELLEE:
        St. Landry Homestead Federal Savings Bank